**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

RYAN RUSSELL,

    *Plaintiff,*

vs.

GENERAL MOTORS, LLC, *et al.*,

    *Defendants.*

:
:
:
:
:
:
:
:
:
:
:

Case No. 1:25-cv-411

Judge Jeffery P. Hopkins

---

### CONDITIONAL ORDER OF DISMISSAL

---

The Court has been advised by Mediator Jonathan Hollingsworth that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **ninety (90) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED.**

April 14, 2026

Jeffery P. Hopkins
United States District Judge